UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**SIGNATURE DECLARATION**

In re: THOMAS M CROOKS

Debtor(s).  Case No. _____

| | |
|---|---|
| X | PETITION, SCHEDULES & STATEMENTS |
| X | CHAPTER 13 PLAN |
| ___ | SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION |
| ___ | AMENDMENT TO PETITION, SCHEDULES & STATEMENTS |
| ___ | MODIFIED CHAPTER 13 PLAN |
| ___ | OTHER (Please describe:_____) |

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: JUN 23 2004

X _[signature]_  X _____
                  Signature of Debtor or Authorized Representative

X THOMAS M CROOKS                          X
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor