CURTIS K. WALKER
4356 NICOLLET AVE S
MINNEAPOLIS MN 55409-2033


FIRST CONSUMERS NATIONAL BANK
PO BOX 939019
SAN DIEGO CA 92193


FIRST NATIONAL BANK OF MARIN
PO BOX 80015
LOS ANGELES CA 90080-0015


HOUSEHOLD BANK
PO BOX 5222
CAROL STREAM IL 60197-5222


T-MOBILE
PO BOX 790047
SAINT LOUIS MO 63179-0047


X-CEL ENERGY
PO BOX 840
DENVER CO 80201