UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                     BKY 04-43528 NCD

                                                                             NOTICE REGARDING
                                                                             MEETING OF CREDITORS
THOMAS M CROOKS
        Debtor(s).

---

**PLEASE TAKE NOTICE** that the meeting of creditors to be held pursuant to Section 341 of the Bankruptcy Code, scheduled for July 28, 2004, has not been concluded. The Chapter 13 Trustee, through her undersigned representative, hereby gives this notice pursuant to Local Rule 2003-1.

I, the undersigned representative of the Chapter 13 Trustee, hereby verify to the best of my knowledge, information, and belief that the foregoing is true and correct.

Dated: <u>August 3, 2004</u>                                        **Jasmine Z. Keller, Trustee**

                                                                        /e/ Thomas E. Johnson

                                                                        Thomas E. Johnson #52000
                                                                        Counsel for Chapter 13 Trustee
                                                                        12 South 6th Street., Ste. 310
                                                                        Minneapolis, MN 55402
                                                                        (612) 338-7591

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

THOMAS M CROOKS

Debtor(s).

BKY 04-43528 NCD
UNSWORN DECLARATION FOR
PROOF OF SERVICE

The undersigned, being an employee of the standing Chapter 13 Trustee, declares that on the date indicated below, I served the following:

Notice Regarding Meeting of Creditors; and Unsworn Declaration for Proof of Service

upon each of the entities named below, by mail (unless otherwise indicated below) by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

**Debtor(s):**
THOMAS M CROOKS
3017 LONGFELLOW LANE
MOUND, MN  55364

**Debtors Attorney:**
Robert J. Hoglund
Hoglund, Chwialkowski & Greeman
PO Box 130938
Roseville, MN  55113-

**Additional Copy(s) addressed to:**

**(By electronic means):**
United States Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: August 3, 2004

/e/ Laurie A. Frey
Laurie A. Frey
Chapter 13 Office