UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:  Bkry Case No: 04-43528

Thomas Crooks,  Chapter 13 Case

**NOTICE OF RESCHEDULING FOR**

Debtor(s).  **THE MEETING OF CREDITORS**

TO: Ms. Jasmine Z. Keller, Trustee; the United States Trustee and all other parties in interest.

PLEASE TAKE NOTICE that the First Meeting of Creditors scheduled for, July 28, 2004, at 9:00 a.m. in Room 310, Plymouth Building, Twelve South Sixth Street, Minneapolis, Minnesota, has been rescheduled to August 31, 2004, at 10:15 a.m. in Room 310, Plymouth Building, Twelve S. Sixth Street, Minneapolis, Minnesota.

HOGLUND, CHWIALKOWSKI, GREEMAN & BERGMANIS P.L.L.C.

Signed /e/ *Robert J. Hoglund*
Robert J. Hoglund       #210997
Keith Chwialkowski      #210134
Marie F. Martin         #287040
Jeffrey J. Bursell      #293362
Attorney for Debtor(s)
1611 West County Road B, Suite 106
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

Dated: August 10, 2004

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  
Thomas Crooks,

Debtor(s).

Bkry Case No: 04-43528  
Chapter 13 Case  
**UNSWORN CERTIFICATE OF SERVICE**

I, Lauren Behm, employed by Hoglund, Chwialkowski & Greeman, P.L.L.C., attorneys licensed to practice law in this Court, with office address of 1611 West County Road B, Suite 106, Roseville, Minnesota 55113, declare that on August 10, 2004, I served the Notice of Rescheduling for the Meeting of Creditors, to each of the entities named below by mailing to each of them a copy thereof by enclosing the same in a envelope with first class mail postage prepaid and depositing the same in the post office in Roseville, Minnesota, addressed to each of the entities as follows:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Ms. Jasmine Z. Keller  
Trustee in Bankruptcy  
12 South Sixth Street #310  
Minneapolis, Minnesota 55402

United States Trustee  
1015 United States Courthouse  
300 South Fourth Street  
Minneapolis, Minnesota 55415

Thomas Crooks  
3017 Longfellow Lane  
Mound, Minnesota 55364

all creditors/parties in interest listed on matrix (see attached)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: August 10, 2004

Signed /e/ Lauren Behm
       Paralegal

| | | |
|---|---|---|
| CURTIS K. WALKER<br>4356 NICOLLET AVE S<br>MINNEAPOLIS MN 55409-2033 | FIRST CONSUMERS NATIONAL BANK<br>PO BOX 939019<br>SAN DIEGO CA 92193 | FIRST NATIONAL BANK OF MARIN<br>PO BOX 80015<br>LOS ANGELES CA 90080-0015 |
| HOUSEHOLD BANK<br>PO BOX 5222<br>CAROL STREAM IL 60197-5222 | T-MOBILE<br>PO BOX 790047<br>SAINT LOUIS MO 63179-0047 | X-CEL ENERGY<br>PO BOX 840<br>DENVER CO 80201 |