UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  
THOMAS M CROOKS

Case No: 04 - 43528

Debtor(s)

## ORDER AND NOTICE OF DISMISSAL

The chapter 13 trustee has requested that the court dismiss this case. After notice and hearing, the court has determined that this case should be dismissed.

IT IS THEREFORE ORDERED:

1. EXPENSES: If no plan was confirmed, the trustee is allowed $ 0 for reimbursement of reasonable expenses under 11 U.S.C. Sec. 1326(a)(2) and 503(b)(1)(A).

2. FINAL DISTRIBUTION: Subject to paragraph 1 of this order, the trustee shall distribute available funds if any under 11 U.S.C. Sec. 1326, to the debtor(s) if no plan was confirmed, or to creditors in accordance with the plan if a plan was confirmed.

3. DISMISSAL: Subject to paragraph 2 of this order, this case is dismissed.

4. NOTICE: The clerk shall mail copies of this order as notice thereof to the debtors(s), the attorney for the debtor(s), the trustee, the United States Trustee, and to all creditors and other parties in interest.

Dated: 09/07/04

NANCY C DREHER  
United States Bankruptcy Judge

| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
|---|
| Filed and docket entry made on 09/07/04 |
| Lori Vosejpka Acting Clerk |


**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0864-4          User: user38              Page 1 of 1              Date Rcvd: Sep 07, 2004
Case: 04-43528                Form ID: 248              Total Served: 15

The following entities were served by first class mail on Sep 09, 2004.
 db        +CROOKS, THOMAS M,    3017 LONGFELLOW LANE,    MOUND, MN 55364-8551
 aty       +HOGLUND, ROBERT J,    PO BOX 130938,    ROSEVILLE, MN 55113-0019
 tr        +KELLER, JASMINE Z,    12 S 6TH ST STE 310,    MINNEAPOLIS, MN 55402-1521
 5939246    CURTIS K WALKER,    4356 NICOLLET AVE S,    MINNEAPOLIS MN 55409-2033
 5939247   +FIRST CONSUMERS NATIONAL BANK,    PO BOX 939019,    SAN DIEGO CA 92193-9019
 5939252    HENNEPIN COUNTY SHERIFF,    HENNEPIN COUNTY COURTHOUSE,    MINNEAPOLIS MN 55415
 5939249    HOUSEHOLD BANK,    PO BOX 5222,    CAROL STREAM IL 60197-5222
 6045396    JEFFERSON CAPITAL SYSTEMS,    PO BOX 23051,    COLUMBUS GA 31902-3051
 5939255   +MN DEPT OF REVENUE,    BANKRUPTCY SECTION,    PO BOX 64447,    ST PAUL MN 55164-0447
 5939250   +T-MOBILE,    PO BOX 37380,    ALBUQEQUE NM 87176-7380
 5939253   +UNITED STATES TRUSTEE,    1015 US COURTHOUSE,    300 S 4TH ST,    MINNEAPOLIS MN 55415-3070
 5939256   +US ATTORNEY,    600 US COURTHOUSE,    300 S 4TH ST,    MINNEAPOLIS MN 55415-3070
 5939251   +X-CEL ENERGY,    PO BOX 840,    DENVER CO 80201-0840

The following entities were served by electronic transmission on Sep 08, 2004 and receipt of the transmission
was confirmed on:
 5939248    EDI: WTRFNBMARIN.COM Sep 08 2004 07:21:00     FIRST NATIONAL BANK OF MARIN,    PO BOX 80015,
             LOS ANGELES CA 90080-0015
 5939249    EDI: HFC.COM Sep 08 2004 07:21:00     HOUSEHOLD BANK,    PO BOX 5222,    CAROL STREAM IL 60197-5222
 5939254   +E-mail: mdes.bkpt.mpwr@state.mn.us Sep 08 2004 06:37:35     STATE OF MINNESOTA,
             DEPT OF MANPOWER SERVICES,    390 N ROBERT ST,    ST PAUL MN 55101-1812
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2004**          **Signature:**  *Joseph Speetjens*