**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

IN RE:                                                BANKRUPTCY CASE NO: 04-43528 NCD
    THOMAS M CROOKS

---

## REPORT OF STANDING TRUSTEE FOLLOWING

## DISMISSAL OF CHAPTER 13 CASE

To:  U.S. Bankruptcy Court and United States Trustee

Jasmine Z. Keller, of 12 South 6th St., Suite 310, Minneapolis, Minnesota, 55402, Standing Trustee, reports that she has neither received any property nor paid any money on account of this estate.

Wherefore, she prays that this report be approved and that she be discharged from office.

Dated:  September 10, 2004

/e/ Jasmine Z. Keller
Jasmine Z. Keller, Trustee
12 South 6th Street
Suite 310
Minneapolis, MN  55402