UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

THOMAS M CROOKS

Case No: 04 - 43528
Chapter 13

Debtor(s)

ORDER AND FINAL DECREE CLOSING CASE

The estate has been fully administered in this case and the trustee if any should be discharged and the case closed.

IT IS ORDERED that the trustee, JASMINE Z KELLER , is discharged and the case is closed.

Dated: 10/01/04

NANCY C DREHER

United States Bankruptcy Judge

cc: Trustee
cc: U.S. Trustee

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on 10/01/04

Lori Vosejpka Acting Clerk, by cnn

12-1